**Order entered February 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01625-CV

### IN RE MARGIE CLARK, Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-1043-W**

## ORDER

By order dated January 5, 2015, the Court abated this mandamus proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure to allow the successor judge to reconsider the challenged ruling of the trial court. The relator has now advised us that the successor judge has confirmed the challenged ruling. Accordingly, we **REINSTATE** the case and return the petition for writ of mandamus to the Court's active docket.

/s/    CRAIG STODDART
JUSTICE